GERALD J. DI CHIARA
ATTORNEY AT LAW

404 PARK AVENUE SO.
NEW YORK, NEW YORK 10016

(212) 679-1958
FAX NO. (212) 689-3315

LAURA DI CHIARA, ESQ.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 17 2006 ★

**BROOKLYN OFFICE**

January 30, 2006

Honorable John Gleeson
U.S. District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201
Via Fax (718)613-2456

Re:    U.S. v. Jason Vale
       02 Cr 466

Dear Judge Gleeson,

Pursuant to discussion and upon the request of Jason Vale it is hereby requested that I be relieved as counsel for him in this matter.

Sincerely,

Gerald J. Di Chiara

*Denied without prejudice to renewal in the court of appeals.*
*So ordered.*

s/John Gleeson
U S D J

So Ordered: _____        2/3/06
            Judge John Gleeson